UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHIGAN DEPARTMENT OF
TRANSPORTATION, et al.,

        Plaintiffs,                      Case No. 2:08-CV-286

v.                                                  Hon. Gordon J. Quist

ALLSTATE PAINTING AND
CONTRACTING CO., et al.,

        Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action filed on March 11, 2009. The Report and Recommendation was served on the parties the same date. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed March 11, 2009, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand (docket no. 10) is **GRANTED**. This case is remanded to the Mackinac County Circuit Court pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.

This case is **concluded**.

Dated: March 31, 2009                                    /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE